**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Francis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Office of Navajo Hopi Indian Relocation,<br><br>　　　　Defendant. | No. CIV 07-8130-PCT-SMM<br><br>**ORDER** |

　　　Currently before the Court is Defendant Office of Navajo Hopi Indian Relocation's Unopposed Motion for an Enlargement of Time for the filing of the its Response to Plaintiff's Motion for Summary Judgment. Good cause appearing,

　　　**IT IS HEREBY ORDERED GRANTING** the motion. (Doc. 30.) Defendant Office of Navajo Hopi Indian Relocation shall file its Response no later than **September 5, 2008.**

　　　DATED this 11th day of August, 2008.

Stephen M. McNamee
United States District Judge