**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Francis, | No. CIV 07-8130-PCT-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Office of Navajo Hopi Indian Relocation, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. 32]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. 32]. This matter is dismissed with prejudice, each party to bear its own costs and attorney's fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions (**Docs. 32 and 29**) are **TERMINATED** and any hearings in this matter are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 5th day of September, 2008.

_____
Stephen M. McNamee
United States District Judge